**MADE JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JULIA SERRANO, | Case No.: 2:10-cv-02896-GW-PJW |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| CREDITORS INTERCHANGE RECEIVABLES MANAGEMENT, INC., | |
| Defendant. | |

Based upon the Voluntary Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: August 9, 2010

_____
GEORGE H. WU
United States District Judge